**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| BRANDON SMITH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2-21-cv-2077-MSN-cgc |
| SHELBY REALTY, LLC, | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed February 03, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, docketed March 03, 2022, (ECF No. 28), settling this matter between the parties and dismissing all claims against Defendant with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) without necessity of a court order, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                 MARK S. NORRIS
                 UNITED STATES DISTRICT JUDGE

DATE:    March 03, 2022